UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RUTH STRONTZER,<br><br>        Plaintiff,<br><br>   v.<br><br>JOHNSON & JOHNSON;<br>ETHICON, INC.; and<br>MENTOR WORLDWIDE LLC,<br><br>        Defendants. | CASE NO. 1:20-CV-10160 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action in its entirety with prejudice with each party to bear its own costs and attorneys' fees. Defendants are opting not to seek any costs in exchange for this voluntary dismissal with prejudice.

4921-9560-3715 v.1

| | |
|---|---|
| Dated: December 5, 2024 | Respectfully submitted, |

| | |
|---|---|
| */s/ David Randolph Smith* | */s/ Dustin B. Rawlin* |
| David Randolph Smith | Dustin B. Rawlin |
| DRS LAW | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| 1913 21ST Ave., | 1100 Superior Avenue, Suite 2000 |
| Nashville, TN 37212 | Cleveland, Ohio 44114 |
| Telephone: (615) 742-1775 | Telephone: (216) 304-6153 |
| Facsimile: (615) 742-1223 | Facsimile: (216) 553-4275 |
| Email: drs@drslawfirm.net | E-mail: dustin.rawlin@nelsonmullins.com |
| | |
| *Attorneys for Plaintiff* | Michael C. Zogby |
| | Veronica Kampfe |
| | BARNES & THORNBURG LLP |
| | 67 E. Park Place, Suite 1000 |
| | Morristown, New Jersey 07960 |
| | Telephone: (973) 775-6101 |
| | Facsimile: (973) 775-6102 |
| | E-mail: michael.zogby@btlaw.com |
| | Email:  veronica.kampfe@btlaw.com |
| | |
| | *Attorneys for Defendants* |

**So ordered.**

    **/s/ Edward S. Kiel**
**Edward S. Kiel, U.S.D.J.**
**Date: December 6, 2024**

4921-9560-3715 v.1